NUMBER 13-00-286-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


ANTONIO GONZALEZ A/K/A ANTONIO 

ARMANDO GARCIA
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 


of Kleberg County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Hinojosa and

Rodriguez

Opinion Per Curiam



 Appellant, ANTONIO GONZALEZ A/K/A ANTONIO ARMANDO
GARCIA, perfected an appeal from a judgment entered by the 105th
District Court of Kleberg County, Texas, in cause number 99-CRF-526. 
Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th day of July, 2000.